COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Nathaniel Jones III v. Houston Police Department

Appellate case number:   01-11-00828-CV

Trial court case number: 2010-78155

Trial court:             333rd District Court of Harris County

On August 13, 2012, the district clerk filed the clerk's record on indigence in the above-referenced appeal containing the trial court's order overruling the contest to appellant's affidavit of indigence.

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.[1] *See* TEX. R. APP. P. 20.1(i)(4), (j)(5).

It is further **ORDERED** that the District Clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

It is further **ORDERED** that the Court Reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See id.*

---

[1]     Although appellant did not file the affidavit or declaration of previously-filed actions that would be required if appellant's affidavit of indigence had been filed on or after January 1, 2012, Chapter 14 of the Texas Civil Practice and Remedies Code did not apply to appellate actions at the time appellant filed his affidavit of indigence. *See* Act of May 19, 1995, 74th Leg., R.S., ch. 378, § 2, 1995 Tex. Gen. Laws 2921, 2922, *amended by* Act of June 29, 2011, 82nd Leg., 1st C.S., ch. 3, § 12.01, 2011 Tex. Sess. Law Serv. 116, 161 (West) (current version at TEX. CIV. PRAC. & REM. CODE ANN. § 14.002 (West Supp. 2011)); *Jackson v. Tex. Bd. of Pardons & Paroles*, 178 S.W.3d 272, 277 (Tex. App.—Houston [1st Dist.] 2005, no pet.); *Nabelek v. Garrett*, 94 S.W.3d 648, 649 (Tex. App.—Houston [14th Dist.] 2002, order, pet. dism'd w.o.j.).

Appellant's brief is **ORDERED** filed with this Court within 30 days after the later of the date the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date the appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ <u>Justice Harvey Brown</u>
                         ☑   Acting individually    ☐  Acting for the Court

Date: August 17, 2012